# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D18-1653
_____

RONALD CLARK BALL,

Appellant,

v.

RHEA KESSLER and NOKA
WORLD ENERGY (USA) LLC,

Appellees.
_____


On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

March 15, 2019


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Ronald Clark Ball, pro se, Appellant.

No appearance for Appellees.